914

No. 756. Badger *v.* United States. C. A. 9th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ■

No. 657. Osterman, Judge, *v.* Court on the Judiciary of New York. Court on the Judiciary of New York. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Harris B. Steinberg* for petitioner. *Bruce Bromley* for respondent.

No. 698. Worz, Inc., *v.* Federal Communications Commission et al. Motion for leave to use the record in No. 349, October Term, 1958, granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *Lucius J. Cushman* and *Lee G. Lovett* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Max D. Paglin, Daniel R. Ohlbaum* and *Ernest O. Eisenberg* for the Federal Communications Commission; and *Marcus Cohn* for Mid-Florida Television Corp., respondents. ■

No. 18, Misc. Sykes *v.* Taylor, Warden. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for respondent.

No. 145, Misc. Gilliam *v.* Missouri. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. Thomas F. Eagleton,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent.